DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
THOMAS BONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-0250 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | Date: November 7, 2008 |
| THOMAS BONES, | Time: 9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for October 10, 2008 at 9:00 a.m. may be continued to November 7, 2008 at 9:00 a.m.

The reason is that more time is needed for defense preparation. Specifically, defense counsel needs additional time to complete viewing of the images. Assistant United States Attorney, David L. Gappa, does not oppose this request.

The parties also agree that any delay resulting from this continuance shall be excluded in

///

///

///

///

///

1 | the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

McGREGOR W. SCOTT
United States Attorney

DATED: October 8, 2008        By:   /S/ David L. Gappa
                                    DAVID L. GAPPA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Public Defender

DATED: October 8, 2008        By  /s/ Victor M. Chavez
                                    VICTOR M. CHAVEZ
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Thomas Bones

**O R D E R**

The request is reasonable and good cause has been established, especially at this early stage of the case. It is GRANTED. Instead of the 9 a.m. time slot, however, based on the subject of the charges, the matter will be heard at 8:45 a.m.

IT IS SO ORDERED.

**Dated:    October 8, 2008**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg

2