```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  THOMAS BONES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-0250 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
|  | ) CONFERENCE; ORDER |
| v. | ) |
|  | ) Date:  February 20, 2009 |
| THOMAS BONES, | ) Time:  8:30 a.m. |
|  | ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for January 9, 2009 at 8:30 a.m. may be continued to February 20, 2009 at 8:30 a.m. The new date will be for a change of plea.

The reason is that more time is needed for defense preparation. Specifically, defense counsel needs additional time to complete review of the proposed plea agreement. Assistant United States Attorney, David L. Gappa, does not oppose this request. It is anticipated that a plea agreement will be executed and filed prior to the proposed court date.

///

///

///

///

///

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

McGREGOR W. SCOTT
United States Attorney

DATED: January 7, 2009      By:  /S/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: January 7, 2009      By /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
Thomas Bones

**O R D E R**

Good Cause exists to continue the status.  Good Cause also exists to exclude time.

IT IS SO ORDERED.

**Dated:   January 7, 2009**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg

2